**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MARCIA JANNETH ROCHA QUISPE,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | |
| | § | **CAUSE NO. EP-26-CV-343-KC** |
| **PAMELA BONDI et al.,** | § | |
| | § | |
| **Respondents.** | § | |
| | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On February 18, 2026, the Court granted in part Marcia Janneth Rocha Quispe's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Feb. 18, 2026, Order 6, ECF No. 19.

Respondents have now informed the Court that on February 24, 2026, an Immigration Judge ("IJ") ordered Rocha Quispe released on a $5,000.00 bond. Status Report, ECF No. 20; *see id.* Ex. A ("IJ Order") at 1, ECF No. 20-1. And, as of February 25, Rocha Quispe had not yet posted bond. Status Report.

It appears that no matters remain to be resolved in this case. *See generally* Pet., ECF No. 1; Feb. 18, 2026, Order. Accordingly, **the Clerk shall close the case**. To the extent Rocha Quispe wishes to seek additional relief from the Court, she may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 26th day of February, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE